UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UMAR ABDUL-SHADEED HUBBARD,<br><br>Petitioner,<br><br>v.<br><br>G. MARTINEZ, et al.,<br><br>Respondents. | Case No.  23-cv-05614-TLT<br><br>**ORDER OF DISMISSAL; GRANTING LEAVE TO PROCEED** *IN FORMA PAUPERIS* |

On October 20, 2023, petitioner filed this *pro se* action in the Southern District of California seeking a writ of habeas corpus pursuant to 28 U.S.C. § 2254. ECF 1. The case was transferred to this district on October 30, 2023. ECF 3-4. The Court informed petitioner that this action was deficient because he had not signed the petition as required by the Federal Rules of Civil Procedure. ECF 5. Petitioner was instructed to submit a signed petition on the proper form within twenty-eight days of the date of the order, or this action would be dismissed. ECF 5. The Court provided petitioner a post-paid return envelope. ECF 5. The deadline has passed, and petitioner has not submitted a signed petition on the proper form. The Court therefore DISMISSES this action without prejudice. Because this dismissal is without prejudice, petitioner may move to reopen the action. If petitioner seeks to reopen this action, he must file a motion in this action, requesting leave to reopen this action and accompanied by a signed petition on the proper form. The Clerk shall enter judgment and close the file.

Petitioner's request to proceed *in forma pauperis* is GRANTED. ECF 2.

**IT IS SO ORDERED.**

Dated: March 21, 2024

TRINA L. THOMPSON
United States District Judge